IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. ALEXANDER,

    Petitioner,

v.

GREG GRAMS, Warden,
Columbia Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-189-wmc

This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing with prejudice the petition for a writ of habeas corpus.

_____       4/29/10
Peter Oppeneer, Clerk of Court          Date